UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANNA JARRETT, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>[24]7.AI, INC.,<br><br>          Defendant. | Case No.  23-cv-00677-EMC<br><br>**ORDER RE STIPULATION TO CONDITIONAL CERTIFICATION**<br><br>Docket No. 40 |

The Court has reviewed the parties' stipulation to conditional certification. The stipulation is acceptable in principle, but there are some areas where the Court has follow-up questions.

1. Definition of Collective

The collective is defined so that it covers the three years preceding the filing of the complaint up through and including judgment. *See* Prop. Order ¶ 1; *see also* Stip., Ex. A (Long-Form Notice at 1) (directing the notice to "All current and former hourly Customer Service Representatives who worked for [24]7.ai, Inc. on or at any time after February 15, 2020 to the present"). Does a specific end date need to be included – such as the date the notice is issued? *Cf. Gomez v. J. Jacobo Farm Labor Contr., Inc.*, 334 F.R.D. 234, 250 (E.D. Cal. 2019) (in class certification context, noting that "'[a]n end date of "the present" creates a moving target and presents potential case management problems'").

2. Long-Form Notice (Exhibit A)

Regarding Question 3, there is a description of the means by which a collective member may send in a consent form (*e.g.*, by mail, email). The notice states that "you may request to submit your form online by emailing [Notice Administrator email]." Long-Form Not. at 2. This

sentence is not clear: why does a collective member need to email the Notice Administrator to submit a consent form online?  The Court also notes that submission of a consent form online is not mentioned in the short-form notice.

      3.      <u>Consent Form</u>

The last paragraph of the consent form states: "I also consent to join any separate or subsequent action to assert my claims against [24]7.ai, Inc. and/or any related entities or persons potentially liable."  Is this statement necessary?  Why has it been included?  The phrase "my claims" is also arguably vague.

The parties shall file a joint brief within a week of the date of this order.

**IT IS SO ORDERED**.

Dated: June 28, 2023

_____
EDWARD M. CHEN
United States District Judge