Kevin J. Stoops (SBN 332200)
kstoops@sommerspc.com
**SOMMERS SCHWARTZ, PC**
One Town Square, Suite 1700
Southfield, MI 48076
Telephone:    248-784-6613
Facsimile:    248-936-2143

*Counsel for Plaintiffs and Proposed Class and Collective Members*

John V. Picone III, Bar No. 187226
jpicone@spencerfane.com
Jennifer S. Coleman, Bar No. 213220
jcoleman@spencerfane.com
Elaisha Nandrajog, Bar No. 301798
enandrajog@spencerfane.com
**SPENCER FANE LLP**
225 West Santa Clara Street
Suite 1500
San Jose, CA 95113-2406
Telephone:    408-286-5100
Facsimile:    408-286-5722

*Attorneys for Defendant [24]7.ai, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **ADRIANNA JARRETT and MARY NGETHE**, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br>v.<br><br>**[24]7.AI, INC.**,<br><br>        Defendant. | Case No.:  23-cv-00677-EMC<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Honorable Edward M. Chen |

Plaintiffs ADRIANNA JARRETT and MARY NGETHE, individually and on behalf of all others similarly situated ("Plaintiffs"), and Defendant [24]7.AI, INC., ("Defendant") (Plaintiffs and Defendant collectively referred to as the "Parties") in the above-captioned action ("Action") hereby submit this Joint Case Management Statement:

1.  On April 17, 2024, the Parties notified the Court that they had reached a settlement and anticipated filing a Motion for Preliminary Approval of Class/Collective Action Settlement. (ECF 83).

2.  The Court Rescheduled the Case Management Hearing set for April 30, 2024, to July 16, 2024, in light of the settlement and forthcoming motion for preliminary approval. (ECF 84).

3.  On June 7, 2024, Plaintiffs filed their Notice of Unopposed Motion and Memorandum of Points and Authorities in Support of Preliminary Approval of Class and Collective Action Settlement and Other Related Relief. (ECF 86).

4.  The Court, on June 18, 2024, ordered the Parties to file a supplemental brief in further support of Plaintiffs' Notice of Unopposed Motion and Memorandum of Points and Authorities in Support of Preliminary Approval of Class and Collective Action Settlement and Other Related Relief. (ECF 88).

5.  On June 25, 2024, Plaintiffs filed their Supplemental Brief in Support of Unopposed Motion for Preliminary Approval of Class/Collective Action Settlement and Other Related Relief. (ECF 89).

6.  The hearing on Plaintiffs' Unopposed Motion for and Memorandum of Points and Authorities in Support of Preliminary Approval of Class and Collective Action Settlement and Other Related Relief is scheduled for July 11, 2024, in person before the Honorable Edward M. Chen at 1:30 P.M.

7.  The Parties have no further case management updates at this time.

Dated: July 8, 2024

/s/ Kevin J. Stoops
KEVIN J. STOOPS
SOMMERS SCHWARTZ, P.C.

Attorneys for Plaintiffs and Proposed Class and Collective Members

Dated: July 8, 2024

/s/Elaisha Nandrajog (w/consent)
ELAISHA NANDRAJOG
SPENCER FANE LLP

Attorneys for Defendant [24]7.ai, Inc.

**CERTIFICATE OF SERVICE**

I certify that on July 8, 2024, I electronically filed the forgoing documents with the Clerk of the Court using the ECF system, which will send notification of such filings to all counsel of record.

/s/Kevin J. Stoops
Kevin J. Stoops